JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTARCTICA SERVICE, INC., | Case No.  CV 21-8199-GW-KSx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

Based upon the Request for Dismissal Without Prejudice [18], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 16, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE